Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

FILED

JAN 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

LB

| | |
|---|---|
| MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND (CO 0339) and DOES 1 TO 20, <br><br> Defendants. | Case No.: CV12 0452 <br><br> **NOTICE OF RELATED CASE** <br><br> Local Rule 3-12 |

Pursuant to Northern District Civil Rule 3-12, Plaintiffs hereby give notice that they are aware of three (3) earlier cases with the following factors in common:

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Notice: Related Case            Page 1 of 2            Plog-Horowitz v. Harris

1. The prior cases shares the common Plaintiffs: Calguns Foundation, Inc., and Second Amendment Foundation, Inc.
2. The prior case shares the common Defendants: Kamala Harris, Attorney General and the California Department of Justice.
3. The prior case shares legal theories, that if the Plaintiffs are correct, would require the same prospective injunctive relief against the common Defendants.
4. The prior case and this one will require the Court to analyze California's Assault Weapons Statutes and Regulations.

The prior cases are *Haynie v. Harris*; Case No.: 10-CV-1255-SI and *Richards v. Harris*; Case No.: 3:11-CV-02493 SI and *Richards v. Harris*, Case No.: 3:11-CV-05580. The prior cases were related and are currently pending before the Honorable Susan Illston in the San Francisco Division of the United States District Court for the Northern District.

As soon as this case is docketed, Plaintiffs' Counsel will file the required "Administrative Motion to Consider Whether Case Should be Related" pursuant to Local Rules 3-12 and 7-11 in the earlier case.

Dated: January 27, 2012,

/s/
Donald Kilmer, Jr. [SBN: 179986]
Law Offices of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

/s/
Jason A. Davis [SBN: 224250]
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@GalGunLawyers.com

Attorneys for Plaintiffs